1  DIANA J. CAVANAUGH (SB#148582)
   Attorney at Law
2  2801 Concord Blvd.
   Concord, CA 94519
3  (925) 827-9900

The following constitutes
the order of the court. Signed October 1, 2013

*M. Elaine Hammond*

M. Elaine Hammond
U.S. Bankruptcy Judge

4

5  Attorney for Debtors
   FERNANDO E. MENDOZA and
6  NORMA M. GUZMAN

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 In re:                              Bk. No. 10-45629-MEH13

12                                     Chapter 13
   FERNANDO E. MENDOZA,
13 NORMA M. GUZMAN,                    **ORDER GRANTING MOTION TO**
                                       **SELL REAL PROPERTY**
14
                                       Date: September 26, 2013
15                                     Time: 9:30 a.m.
                                       Place: U.S. Bankruptcy
16                                            Court
                                              Courtroom 215
17                                            1300 Clay St.
                    Debtors.                  Oakland, California
18 _____/   Judge: M. Elaine Hammond

19      The Debtors' Motion to Sell Real Property was filed on July

20 13, 2013.  Diana J. Cavanaugh, Esq. appeared for the debtors.

21 Bryan S. Fairman, Esq., of Pite Duncan, LLP appeared for Creditor

22 HSBC Bank, USA, National Association as Trustee for Wells Fargo

23 Asset Securities Corporation, Mortgage Pass-Through Certificates,

24 Series 2007-14.  Leo G. Spanos, Esq. appeared for Chapter 13

25 Trustee, Martha G. Bronitsky.   After consideration of the

26

27 pleadings and papers on file,

28

                                -1-

1    IT IS ORDERED THAT Debtors' motion to sell their real
2  property located at 1883 Ventura Drive, Pittsburg, CA 94565 is
3  granted, on the terms stated in the motion except as modified by
4  the parties' stipulation filed 9/24/13.  The Court approves the
5  terms of the stipulation RE: debtors' motion to sell real
6  property filed 9/24/13, and incorporates them into this Order as
7  conditions to the sale.
8       Debtors may execute the deed(s) necessary to transfer title
9  to the property.
10
11
12
                          **END OF ORDER**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case: 10-45629   Doc# 86   Filed: 10/01/13   Entered: 10/01/13 16:38:59   Page 2 of 3

1

2 <u>COURT SERVICE LIST</u>

3

4

5 ECF Participants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3